UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GLADYS ALVERIO WILLIAMS,** Individually and on behalf of a class,

*Plaintiff*,

vs.

**DEUTSCHE BANK NATIONAL TRUST COMPANY and FEIN, SUCH & CRANE, LLP.**

*Defendants.*

---

**NOTICE OF MOTION FOR SANCTIONS**

Civil Action No.
11-CV-2607

PLEASE TAKE NOTICE that Defendant Fein, Such & Crane, LLP ("Defendant" or "FSC") will and hereby does move for an order of the Court imposing appropriate sanctions against Plaintiff and her Counsel, Shimshon Wexler, Esq., pursuant to Fed.R.Civ.P. Rule 11 for filing a frivolous and disingenuous claim against FSC.

This motion is based on this Notice of Motion and the Declaration of David P. Case, dated September 2, 2011, with Exhibits A and B.

**DATED:** October 10, 2011

**HISCOCK & BARCLAY, LLP**

By: */s/Dennis R. McCoy*
Dennis R. McCoy

*Attorneys for Defendant*
*Fein, Such & Crane, LLP*
1100 M&T Center
3 Fountain Plaza
Buffalo, New York 14203-1414
Telephone  (716) 566-1300
Facsimile   (716) 856-0139

5601595.1